May 15, 2002

Automotive Financial, Civil No. 02-848 RHK/RLE

v.

Northern Auto Enterprises, Inc.

In Re Northern Auto Enterprises, Inc. Civil No. 02-853 RHK/RLE

Automotive Finance Corporation Civil No. 02-819 RHK/RLE
v.
James Anderson, et al

Case numbers 02-848 and 02-853 have been assigned to Judge Richard H. Kyle. Please note new judge initials above and refer to those initials when filing pleadings with the District Court.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Automotive Financial,

Civil No.: 02-848 (MJD/RLE)

v.

Northern Auto Enterprises, Inc.,

In Re Northern Auto Enterprises, Inc.

Civil No. 02-853 (MJD/RLE)

Automotive Finance Corporation,

v.

Civil No. 02-819 (RHK/RLE)

James Anderson, et al

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 02-819 having been assigned to Judge Richard H. Kyle and case numbers 02-848 and 02-853 having later been assigned to Judge Michael J. Davis and said matters being related cases,

IT IS HEREBY ORDERED that case numbers 02-848 and 02-853 be assigned to Judge Richard H. Kyle, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 5/10/02

JUDGE RICHARD H. KYLE
United States District Court

Dated: May 15, 2002

JUDGE MICHAEL J. DAVIS
United States District Court

FILED MAY 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK